LISA C. HAMASAKI, CA Bar No. 197628
lisa.hamasaki@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone:  415.442.4810
Facsimile:  415.442.4870

Attorneys for Defendant
ORACLE AMERICA, INC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. MOWRY,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC., a corporation<br><br>    Defendant. | Case No. 3:18-cv-07028 VC<br><br>**DECLARATION OF PRINCE VARMA IN SUPPORT OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3), OR IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a) AND/OR § 1404(a)**<br><br>Date:      March 7, 2019<br>Time:     10:00 a.m.<br>Location: Courtroom 4, 17th Floor<br>Judge:    Hon. Vince Chhabria<br><br>Complaint Filed: November 1, 2018<br>Trial Date:    None set |

Mowry - Prince
Varma Declaration

1  Case No. 3:18-cv-07028 VC
DECLARATION OF PRINCE VARMA IN SUPPORT OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF
ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

I, Prince Varma, hereby declare and state as follows:

1. I am currently employed by Oracle America, Inc. ("Oracle") as Vice President of Sales for Oracle Financial Services Analytical Applications ("OFSAA"), Europe, Middle East and Africa. I currently work in London, England. I have personal knowledge of all of the facts set forth below, unless otherwise stated, and if called upon to testify to the same, I could and would do so competently and truthfully under oath.

2. From 2003 until October 2018, I worked for Oracle in Indianapolis, Indiana as Senior Sales Director for OFSAA North America. I have never been based out of California during my employment with Oracle.

3. Mary Mowry ("Mowry") worked as an Application Sales Representative ("ASR") on my sales team during her employment with Oracle from January 2014 until June 2017. During her tenure at Oracle, Jason Yesinko and I were Mowry's managers, and she worked in Charlotte, North Carolina.

4. As an ASR, Mowry handled the Southeastern Territory and her travel for work would cover North Carolina, South Carolina, Texas, Florida and Tennessee. Mowry was not responsible for sales in California.

5. In addition to work-related travel in the Southeastern Territory, Mowry would have been able to attend the annual Oracle Open World customer conference in San Francisco, California, on two occasions during her tenure with the company. That conference is a 3-5 day event.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this the 7th day of February, 2019, in London, England.

_____
Prince Varma

37333559.1

2  Case No. 3:18-cv-07028 VC
DECLARATION OF PRINCE VARMA IN SUPPORT OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

Case 3:19-cv-00123-FDW-DCK   Document 25-1   Filed 02/08/19   Page 2 of 2