Lisa C. Hamasaki, CA Bar No. 197628
lisa.hamasaki@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA 94105
Telephone: 415.442.4810
Facsimile: 415.442.4870

Attorneys for Defendant
ORACLE AMERICA, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY E. MOWRY,<br><br>    Plaintiff,<br><br>v.<br><br>ORACLE AMERICA, INC., a corporation<br><br>    Defendant. | Case No. 3:18-cv-07028 VC<br><br>**DECLARATION OF DAWN CAPRIOTTI IN SUPPORT OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF ITS MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(3), OR IN THE ALTERNATIVE, TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1406(a) AND/OR § 1404(a)**<br><br>Date: March 7, 2019<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor<br>Judge: Hon. Vince Chhabria<br><br>Complaint Filed: November 19, 2018<br>Trial Date: None set |

1      Case No. 3:18-cv-07028 VC

DECLARATION OF DAWN CAPRIOTTI IN SUPPORT OF DEFENDANT'S REPLY BRIEF IN SUPPORT OF
ITS MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

I, Dawn Capriotti, hereby declare and state as follows:

1. I am currently employed by Oracle America, Inc. ("Oracle") as Director of Human Resources and am based in West Chester, Pennsylvania. I have worked for Oracle since 2008 and have held the position of Human Resources Director since November, 2014. The facts set forth in this declaration are based on my personal knowledge and/or a review of Oracle's business records, and if called upon to testify to the same, I could and would do so competently and truthfully under oath. To the extent this declaration is based upon business records, those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of Oracle's business to maintain such records.

2. In my role as Human Resources Director, I am familiar with Oracle's practices and procedures regarding employee files, including personnel files. I also have access to such records – including the employment records of Plaintiff Mary E. Mowry -- which are maintained and relied upon by Oracle in the ordinary course of business.

3. Attached hereto as Exhibit "A" is a true and correct copy of the *Employment Agreement & Mutual Agreement To Arbitrate* governing Plaintiff's employment with Oracle.

4. Attached hereto as Exhibit "B" is a true and correct copy of the *Proprietary Information Agreement* governing Plaintiff's employment with Oracle.

5. Each year, Oracle hosts an Oracle Open World customer conference in San Francisco, California. The conference takes place over the course of 4-5 days during the month of September or October.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct, and that this declaration was executed this the 7 day of February, 2019, in West Chester, Pennsylvania.

_____
Dawn Capriotti