IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MARY E. MOWRY, <br><br> Plaintiff, <br><br> v. <br><br> ORACLE AMERICA, INC., <br> a corporation, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) C/A No. 3:19-cv-00123-FDW-DCK <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

COMES NOW Defendant Oracle America, Inc. ("Defendant"), by and through undersigned counsel, and hereby moves this Court pursuant to the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.*, to: (1) compel arbitration of Plaintiff Mary Mowry's claims under the Family Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq.* ("FMLA"), and the Age Discrimination in Employment Act, as amended, 29 U.S.C. § 621 *et seq.* ("ADEA"); and (2) stay this proceeding pending arbitration. In support of its motion, Defendant submits a memorandum of law and the Declaration of Dawn Capriotti, to which Plaintiff's offer letter, the parties' Employment Agreement & Mutual Agreement to Arbitrate (the "Agreement"), and proof of Plaintiff's acknowledgment and acceptance of the Agreement are attached as Exhibits.

WHEREFORE, Defendant respectfully requests that its motion be granted, that Plaintiff's FMLA and ADEA claims be ordered to arbitration in accordance with parties' mutually binding arbitration agreement, and that this proceeding be stayed pending arbitration.

Dated this the 26th day of March, 2019.

                    Respectfully submitted,

                    /s/H. Bernard Tisdale III
                    H. Bernard Tisdale III, NC #23980
                    Carl M. Short III, NC 46396
                    *Attorneys for Defendant*
                    OGLETREE, DEAKINS, NASH,
                     SMOAK & STEWART, P.C.
                    201 South College Street, Suite 2300
                    Charlotte, NC 28244
                    Telephone: 704-342-2588
                    Facsimile: 704-342-4379
                    Email: bernard.tisdale@ogletree.com;
                    Carl.short@ogletree.com

## CERTIFICATE OF SERVICE

I, H. Bernard Tisdale III, hereby certify that I have this day electronically filed the foregoing **DEFENDANT'S MOTION TO COMPEL ARBITRATION** with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following person(s):

Kathleen M. Lucas
Alisha Shamim Meyer
The Lucas Law Firm
354 Pine Street, 4th Floor
San Francisco, CA 94104
Email: klucas@lucaslaw.net
       asmeyer@lucaslaw.net

Joshua Reed Van Kampen
Nicole Katherine Haynes
Van Kampen Law
225 East Worthington Street
Suite 200
Charlotte, NC 28203
704-247-3245
Fax: 704-749-2638
Email: josh@vankampenlaw.com
       nicole@vankampenlaw.com

*Attorneys for Plaintiff*

Dated this the 26th day of March, 2019.

    /s/H. Bernard Tisdale III
    H. Bernard Tisdale III, NC #23980
    *Attorney for Defendant*
    OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.
    201 South College Street, Suite 2300
    Charlotte, NC 28244
    Telephone: 704-342-2588
    Facsimile: 704-342-4379
    Email: bernard.tisdale@ogletree.com