IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-00123-FDW-DCK

| | |
|---|---|
| MARY E. MOWRY, ) | |
| ) | |
| Plaintiff, ) | **EXHIBIT 1** |
| ) | |
| v. ) | *(Declaration of Plaintiff Mary E. Mowry)* |
| ) | |
| ORACLE AMERICA, INC., ) | |
| a corporation, ) | |
| ) | |
| Defendant. ) | |

IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

MARY E. MOWRY, )
)
        Plaintiff, )
)
v. ) Case No.: 3:19-cv-00123-FDW-DCK
)
ORACLE AMERICA, INC., )
a corporation, )
)
        Defendant. )
)

## DECLARATION OF PLAINTIFF MARY E. MOWRY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS

I, Plaintiff Mary E. Mowry, hereby declare and state as follows:

1. On December 18, 2013, I was offered the job of Application Sales Representative for Oracle Financial Services Analytical Applications, a division within Oracle America, Inc. ("Oracle"). A true and correct copy of my offer letter is attached hereto as Exhibit 1(a).

2. As a condition of my employment with Oracle, I was required to complete an Employment Agreement and Mutual Agreement to Arbitrate ("Agreement"). A true and correct copy of this Agreement is attached hereto as Exhibit 1(b).

3. Because of my strong desire to work at Oracle, I did not believe that I had any choice but to sign the form Agreement if I wanted to accept the job at Oracle. I also did not believe that I would be able to negotiate the terms of the form Agreement that I was given. As a consequence of these beliefs, I completed the Agreement.

1

I declare under penalty of perjury under the laws of the United States of America and the State of North Carolina that the foregoing is true and correct and that this declaration was executed the 9th day of April, 2019 in Cornelius, North Carolina.

_Mary E. Mowry_
Plaintiff, Mary E. Mowry