



**EXHIBIT INDEX**

**Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings**

**3:19-cv-00123-FDW-DCK**

| Ex. | Description |
|---|---|
| 1 | Declaration of Plaintiff Mary E. Mowry |
| 1(a) | Employment Offer Letter |
| 1(b) | Employment Agreement and Mutual Agreement to Arbitrate |
| 2 | Declaration of Kathleen M. Lucas |
| 2(a) | Email correspondence between counsel regarding Plaintiff's counsel's unavailability |
| 2(b) | Email from Defense counsel about Defendant's intent to file a Motion to Compel Arbitration |
| 2(c) | Email from Plaintiff's counsel to Defense counsel about being out of the office |
| 2(d) | Automated e-filing notification of Defendant's filing the Motion to Compel Arbitration |
| 2(e) | Email from Defense counsel to Plaintiff's counsel stating the Motion to Compel Arbitration was filed to preserve Defendant's rights |

315 East Worthington Avenue
Charlotte, NC 28203
(704) 247-3245
Fax: (704) 749-2638
ncemploymentattorneys.com

Nicole K. Haynes, Esq.
nicole@vankampenlaw.com