IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| MARY E. MOWRY, | )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) C/A No. 3:19-cv-00123-FDW-DCK |
| ORACLE AMERICA, INC.,<br>a corporation, | )<br>)<br>) |
| Defendant. | )<br>) |

## **JOINT NOTICE OF SETTLEMENT**

COME NOW Plaintiff Mary E. Mowry and Defendant Oracle America, Inc. (collectively, the "Parties"), by and through their undersigned counsel, and hereby notify the Court that the Parties have resolved this case in full. The Parties anticipate filing a Stipulation of Dismissal with Prejudice of this action within the next thirty (30) days.

Dated this the 9th day of July, 2019.

Respectfully submitted,

| | |
|---|---|
| /s/Kathleen M. Lucas | /s/H. Bernard Tisdale III |
| Kathleen M. Lucas | H. Bernard Tisdale III, NC #23980 |
| Alisha Shamim Meyer | Carl M. Short III, NC #46396 |
| The Lucas Law Firm | *Attorneys for Defendant* |
| 354 Pine Street, 4th Floor | OGLETREE, DEAKINS, NASH, |
| San Francisco, CA 94104 | SMOAK & STEWART, P.C. |
| Email: klucas@lucaslaw.net | 201 South College Street, Suite 2300 |
|       asmeyer@lucaslaw.net | Charlotte, NC 28244 |
| | Telephone: 704-342-2588 |
| /s/Joshua Reed Van Kampen | Facsimile: 704-342-4379 |
| Joshua Reed Van Kampen | Email: bernard.tisdale@ogletree.com; |
| Nicole Katherine Haynes |       carl.short@ogletree.com |
| Van Kampen Law | |
| 225 East Worthington Street | |
| Suite 200 | |
| Charlotte, NC 28203 | |
| 704-247-3245 | |
| Fax: 704-749-2638 | |
| Email: josh@vankampenlaw.com | |
|       nicole@vankampenlaw.com | |

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I, Carl M. Short III, hereby certify that I have this day electronically filed the foregoing **JOINT NOTICE OF SETTLEMENT** with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following person(s):

    Kathleen M. Lucas
    Alisha Shamim Meyer
    The Lucas Law Firm
    354 Pine Street, 4th Floor
    San Francisco, CA 94104
    Email: klucas@lucaslaw.net
           asmeyer@lucaslaw.net

    Joshua Reed Van Kampen
    Nicole Katherine Haynes
    Van Kampen Law
    225 East Worthington Street
    Suite 200
    Charlotte, NC 28203
    704-247-3245
    Fax: 704-749-2638
    Email: josh@vankampenlaw.com
           nicole@vankampenlaw.com

*Attorneys for Plaintiff*

Dated this the 9th day of July, 2019.

    /s/Carl M. Short III
    Carl M. Short III, NC #46396
    *Attorney for Defendant*
    OGLETREE, DEAKINS, NASH,
     SMOAK & STEWART, P.C.
    201 South College Street, Suite 2300
    Charlotte, NC 28244
    Telephone: 704-342-2588
    Facsimile: 704-342-4379
    Email: carl.short@ogletree.com

39156022.1

Case 3:19-cv-00123-FDW-DCK   Document 46   Filed 07/09/19   Page 3 of 3