IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:19-cv-00123-FDW-DCK

| | | |
|---|---|---|
| MARY E. MOWRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JOINT STIPULATION OF** |
| | ) | **DISMISSAL <u>WITH PREJUDICE</u>** |
| ORACLE AMERICA, INC., | ) | |
| a corporation, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all parties to the above captioned action hereby stipulate to the dismissal of all claims and defenses in this action, <u>with prejudice</u>. This action is hereby terminated in its entirety.

This the 2nd day of August, 2019.

WE SO STIPULATE:

/s/Kathleen M. Lucas
Kathleen M. Lucas
Alisha Shamim Meyer
*Attorneys for Plaintiff*
The Lucas Law Firm
354 Pine Street, 4th Floor
San Francisco, CA 94104
Email: klucas@lucaslaw.net
       asmeyer@lucaslaw.net


/s/Joshua Reed Van Kampen
Joshua Reed Van Kampen
Nicole Katherine Haynes
*Attorneys for Plaintiff*
Van Kampen Law
225 East Worthington Street
Suite 200
Charlotte, NC 28203
704-247-3245
Fax: 704-749-2638
Email: josh@vankampenlaw.com
    nicole@vankampenlaw.com

/s/H. Bernard Tisdale III
H. Bernard Tisdale III, NC #23980
Carl M. Short III, NC #46396
*Attorneys for Defendant*
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC 28244
Telephone: 704-342-2588
Facsimile: 704-342-4379
Email: bernard.tisdale@ogletree.com;
    carl.short@ogletree.com

<strong><u>CERTIFICATE OF SERVICE</u></strong>

I, Carl M. Short III, hereby certify that I have this day electronically filed the foregoing

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using

the CM/ECF system, which will send notification of the filing to the following person(s):

Kathleen M. Lucas
Alisha Shamim Meyer
The Lucas Law Firm
354 Pine Street, 4th Floor
San Francisco, CA 94104
Email: klucas@lucaslaw.net
        asmeyer@lucaslaw.net

Joshua Reed Van Kampen
Nicole Katherine Haynes
Van Kampen Law
225 East Worthington Street
Suite 200
Charlotte, NC 28203
704-247-3245
Fax: 704-749-2638
Email: josh@vankampenlaw.com
        nicole@vankampenlaw.com

*Attorneys for Plaintiff*

Dated this the 2nd day of August, 2019.

/s/Carl M. Short III
Carl M. Short III, NC #46396
*Attorney for Defendant*
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
201 South College Street, Suite 2300
Charlotte, NC  28244
Telephone:  704-342-2588
Facsimile:  704-342-4379
Email:  carl.short@ogletree.com
